No. 94–7958. MARLENE B. *v.* CALIFORNIA DEPARTMENT OF CHILDREN'S SERVICES. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 94–7961. MIRANDA ORTIZ *v.* KIMELMAN ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–7965. RODRICK *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 94–7966. MOSIER *v.* GEORGIA BOARD OF PARDONS AND PAROLES ET AL. Ct. App. Ga. Certiorari denied.

No. 94–7977. ATKINS *v.* SCHRIRO, DIRECTOR, MISSOURI DEPARTMENT OF CORRECTIONS. C. A. 8th Cir. Certiorari denied.

No. 94–7978. BAKER *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 94–7990. DEAN *v.* WHITLEY, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–7991. HARRISON *v.* BURKETT. C. A. 5th Cir. Certiorari denied.

No. 94–7992. DEYOUNG *v.* PINAL COUNTY SHERIFF ET AL. Sup. Ct. Ariz. Certiorari denied.

No. 94–7994. BOLLINGER *v.* MAASS, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 94–7998. GIBBS *v.* OKLAHOMA DEPARTMENT OF REHABILITATION SERVICES. Ct. App. Okla. Certiorari denied.

No. 94–7999. VARGAS *v.* THOMAS, WARDEN. C. A. 11th Cir. Certiorari before judgment denied.

No. 94–8005. LAMBERT *v.* MAASS, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.